STATE OF NEW JERSEY, ACTING BY AND THROUGH ROBERT A. ROE, COMMISSIONER, PLAINTIFF-RESPONDENT, v. JOHN MALCOLM NORDSTROM, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Williams, Gardner, Caliri, Miller & Otley* for the petitioners.

*Mr. Arthur J. Sills,* and *Mr. Arthur Abba Goldberg* for the respondent.

September 17, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY ACKERMAN, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BARRY HIRSCH, a/k/a JERRY JEROME, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

September 17, 1968. Denied.